# United States District Court
### Northern District of New York
## JUDGMENT IN A CIVIL CASE

JOHN KRATZ,

   V.     CASE NUMBER: 5:06-CV-446 (FJS/GHL)

VILLAGE OF SOLVAY, DAVID PETTITT, ANTHONY MODAFERI, and JOHN DOE ONE

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has been rendered its verdict.

[X] Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED; that judgment be entered in favor of Defendants against Plaintiff pursuant to the Memorandum-Decision and Order of the Honorable Frederick J. Scullin, Jr. on June 1, 2009.

June 2, 2009      LAWRENCE K. BAERMAN
_____    _____
DATE         CLERK OF COURT

           s/
          _____
          DONNA M. FRANCISCO
          DEPUTY CLERK